Entered on Docket
April 14, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 13, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LESLIE PATRICE BARNES MARKS,<br><br>                   Debtor. / | Case No. 11-43140 EDJ<br>Chapter 13 |
| LESLIE PATRICE BARNES MARKS,<br><br>                   Plaintiff,<br>vs.<br><br>TREVOR ASKEW, ET AL.,<br><br>                 Defendant./ | Adv. No. 11-04105 |

MEMORANDUM RE ABSTENTION

    The court has considered the factors for discretionary abstention pursuant to 28 U.S.C. § 1334(c)(1), and has concluded that it should abstain from hearing this adversary proceeding. See In re Tucson Estates, Inc., 912 F.2d 1162, 1166-67 (9th Cir. 1990); In re Eastport Asociates, 935 F.2d 1071 (9th Cir. 1991).

    All of the claims for relief are matters governed by California

Memorandum

State law, or federal law other than bankruptcy law.[1]  The matters at issue are not core matters under 28 U.S.C. § 157(b)(2).  Thus, the court would not be able to enter any binding findings absent consent of the parties.  28 U.S.C. § 157(c).

Moreover, the parties have the right to request a trial by jury, which this court cannot conduct absent consents of all parties.  28 U.S.C. § 157(e).  The trial of the fifteen claims alleged would place a substantial burden on the court's docket.

For the foregoing reasons, the court will issue its order abstaining from hearing this adversary proceeding.

*** END OF MEMORANDUM ***

---

[1] The claims for relief alleged are: violation of the Racketeer Influenced and Corrupt Organizations Act; fraudulent conveyance; real estate fraud; violation of California Business and Professions Code § 17200 et seq.; violation of the Fair Credit Reporting Act; violation of the Truth in Lending Act; fraud upon the court; violation of the Real Estate Settlement Procedures Act; malicious falsehood; civil harassment; professional negligence; violation of California Civil Code § 2932.5; unconcionability; abuse of process; and plaintiff seeks to quiet title.

|   | COURT SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | All Recipients |

Memorandum 3